J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 300-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>　　　　　Plaintiff,<br>　　v.<br>Renee Norwood, et al.<br><br>　　　　　Defendants.<br><br>――――――――――――――――<br>　　　ALL RELATED CLAIMS | Case No. CV10-3564 SI<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date:　December 14, 2010<br>Time:　2:30 p.m.<br>Court:　Hon. Susan Illston |

PLAINTIFF Adobe Systems Incorporated ("Adobe"), by and through its counsel of record, and Defendant Renee Norwood ("Norwood"), by and through her counsel of record, hereby stipulate and request as follows:

WHEREAS Adobe filed its complaint on or about August 13, 2010;

WHEREAS Norwood was served on or about September 18, 2010;

WHEREAS Norwood, through her counsel of record, Michael L. Rodenbaugh, of Rodenbaugh Law, and Karen J. Bernstein, of the Law Offices of Karen J. Bernstein, admitted *pro hac vice*, filed an Answer and Counterclaims/Third-Party Complaint on or about November 17, 2010;

WHEREAS the Parties have stipulated to extend the time for Adobe and Third-Party Defendant Software and Information Industry Association ("SIIA") to file responses to the Counterclaims/Third-Party Complaint;

WHEREAS the Parties conducted a Rule 26 conference on or about November 23, 2010;

WHEREAS, at that time, the Parties had not yet agreed upon an ADR selection;

WHEREAS Karen J. Bernstein is currently in the process of withdrawing as counsel for Norwood, and current representation of Norwood remains unclear;

WHEREAS the Parties began preparation of the Joint CMC Statement but have not yet finalized a draft nor agreed upon a selection for ADR due to the ambiguity of Norwood's represenation;

WHEREAS briefly continuing the Case Management Conference and all corresponding deadlines will provide the Parties with additional time to more fully brief the Court on Adobe and SIIA's positions on the Counterclaims as well as allow time for Norwood's counsel of record to withdraw and/or substitute representation; and

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, Adobe respectfully requests the Court continue the Joint Case Management Conference for approximately sixty (60) days, ~~or not earlier than~~ to February ~~15~~ 18, 2011.

IT IS SO STIPULATED.

DATED:  December 7, 2010                J. Andrew Coombs, A Professional Corp.


By:  __/s Nicole L. Drey_____
       J. Andrew Coombs
       Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated


DATED:  December 7, 2010                Law Offices of Karen J. Bernstein


By:  __/s Karen J. Bernstein_____
       Karen J. Bernstein
Attorneys for Defendant Renee Norwood


### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED:  _____, 2010

_____
Susan Illston
UNITED STATES DISTRICT JUDGE