Michael L. Rodenbaugh
California Bar No. 179059
Erin D. Vivion
California Bar No. 262599
Rodenbaugh Law
548 Market Street
San Francisco, CA   94104
(415) 738-8087 phone/fax
Email: mike@rodenbaugh.com
        erin@rodenbaugh.com

Attorneys for Defendant and Counterclaimant,
RENEE NORWOOD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>RENEE NORWOOD, et al.,<br><br>    Defendants and Counter-Plaintiffs.<br>_____<br><br>ALL RELATED CLAIMS | Case No. CV 10-03564-SI<br><br>[Assigned for All Purposes to:<br>Hon. Susan Illston, Courtroom 10]<br><br>**[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Whereas Plaintiff Adobe Systems Incorporated ("Adobe") has filed a Motion to Dismiss various Counterclaims of the Defendant Ms. Renee Norwood ("Norwood") on January 7, 2011;

Whereas the Case Management Conference is scheduled for February 18, 2011;

Whereas the Hearing for Adobe's Motion to Dismiss is scheduled for February 25, 2011;

Whereas the parties jointly request, and agree it would further the interests of justice, that the Case Management Conference be held at the same time as the Motion to Dismiss is heard, or later if the Court prefers;

It is so ORDERED, that the Case Management Conference is continued to February 25, 2011, at 9:00 a.m., the same time as the hearing on the Motion to Dismiss.

1    Dated: January __, 2011        
2                                    Hon. Susan Illston
                                     United States District Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No. CV 10-03564-SI
[PROPOSED] ORDER TO CONTINUE CMC