IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS, INC., | No. C 10-03564 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| RENEE NORWOOD, et al., | |
| Defendants. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT:  8/12/2011  at  3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is  12/9/2011 .

DESIGNATION OF EXPERTS:  10/31/2011 ; REBUTTAL:  11/10/2011 .
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is  12/9/2011 .

DISPOSITIVE MOTIONS **SHALL** be filed by  1/13/2012 ;

      Opp. Due  1/27/2012 ;  Reply Due  2/3/2012

      and set for hearing no later than  2/17/2012  at 9:00 AM.

PRETRIAL CONFERENCE DATE:  3/13/2012  at 3:30 PM.

JURY TRIAL DATE:  3/26/2012  at 8:30 AM.,
      Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  4  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 2/28/11

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California