J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:   (818) 300-3201

Attorneys for Plaintiff and Counter-Defendant
Adobe Systems Incorporated and Third-Party
Defendant Software & Information Industry
Association (erroneously identified as Counter-Defendant)

Michael L. Rodenbaugh (SBN 179059)
*mike@rodenbaugh.com*
Rodenbaugh Law
548 Market Street
San Francisco, California 94104
Telephone:   (415) 738-8087
Facsimile:   (415) 738-8087

Attorneys for Defendant, Counter-Claimant and
Third-Party Plaintiff Renee Norwood

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Adobe Systems Incorporated, | Case No. C10-3564 SI |
| Plaintiff, | JOINT STIPULATION RE CONTINUANCE OF HEARING DATE ON PENDING MOTION TO DISMISS AMENDED COUNTERCLAIMS |
| v. | |
| Renee Norwood, et al., | |
| Defendants. | |
| ALL RELATED CLAIMS | |

     Plaintiff and Counter-Defendant Adobe Systems Incorporated ("Adobe"), Third-Party Defendant Software & Information Industry Association ("SIIA"), and Defendant and Counter-Claimant Renee Norwood ("Norwood") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Adobe v. Norwood, et al.:  Stipulation re Continuance    - 1 -

WHEREAS Norwood filed her Amended Counterclaims on or about March 18, 2011;

WHEREAS Adobe and the SIIA filed their Motion to Dismiss the Amended Counterclaims ("Motion") on or about April 8, 2011;

WHEREAS the Parties stipulate that any delay in filing the Motion has not caused prejudice to Norwood and that Norwood waives any objections to the timeliness of the Motion, in the event this stipulation is entered by the Court;

WHEREAS the hearing on the Motion is currently set for May 13, 2011;

WHEREAS counsel for Norwood has a familial obligation on May 13, 2011, such that he cannot attend the hearing;

WHEREAS counsel for Norwood is currently preparing a motion to withdraw as counsel due to Norwood's unresponsiveness and lack of payment;

WHEREAS, if Norwood's current counsel is granted leave to withdraw as counsel, Norwood will need sufficient time to retain new counsel and/or prepare an opposition to the Motion;

WHEREAS, alternatively, should counsel's motion to withdraw not be granted, counsel will need sufficient time to prepare an opposition to the Motion and is not available for hearing prior to July 8, 2011;

WHEREAS the requested continuance will not affect any current Court deadlines; and

/ / /

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, Adobe, the SIIA, and Norwood stipulate and request the hearing on Adobe and the SIIA's Motion be continued until July 8, 2011, or a date thereafter acceptable with the Court, with all briefing dates adjusted accordingly.

IT IS SO STIPULATED:

Dated: April 19, 2011     J. Andrew Coombs, A Professional Corp.

By: __/s Nicole L. Drey_____
    J. Andrew Coombs
    Nicole L. Drey
Attorneys for Plaintiff and Counter-Defendant Adobe Systems Incorporated and Third-Party Defendant Software & Information Industry Association

Dated: April 19 , 2011     Rodenbaugh Law

By: __/s Michael L. Rodenbaugh_____
    Michael L. Rodenbaugh
Attorneys for Defendant and Counter-Claimant Renee Norwood

### [PROPOSED] ORDER

PURSUANT TO REQUEST, IT IS SO ORDERED.

DATED: __4/19/11_____, 2011

_____
Hon. Susan Illston
UNITED STATES DISTRICT JUDGE