IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, | No. C 10-03564 SI |
| Plaintiff, | **SECOND PRETRIAL PREPARATION ORDER** |
| v. | |
| RENEE NORWOOD, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 9, 2010 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 10, 2012.

DESIGNATION OF EXPERTS: 2/17/12; REBUTTAL: 2/27/12.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 9, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by March 16, 2012;

Opp. Due March 30, 2012; Reply Due April 6, 2012;

and set for hearing no later than April 20, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 22, 2012 at 3:30 PM.

JURY TRIAL DATE: June 4, 2012 at 8:30 AM.,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be  4  days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case is referred to the ADR program. An ADR telephone conference shall occur as soon as possible.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/19/11

SUSAN ILLSTON
United States District Judge