J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
Nicole L. Drey (SBN 250235)
nicole@coombspc.com
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff and Counter-Defendant Adobe Systems Incorporated and Third-Party Defendant Software & Information Industry Association

Renee Norwood
jaybynum@adelphia.net
computer_quick@adelphia.net
1653 Roywood Drive
Lancaster, California 93535
Telephone:    (323) 908-7563

Defendant and Counterclaimant, *in pro se*

All previously scheduled dates are vacated and a further case management conference has been scheduled to occur on Friday, April 13, 2012, at 3:00 p.m.
The pending discovery motion shall be terminated.

IT IS SO ORDERED
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>    Plaintiff,<br>v.<br><br>Renee Norwood, et al.,<br><br>    Defendants.<br><br>ALL RELATED CLAIMS | Case No. C10-3564 SI<br><br>NOTICE OF SETTLEMENT |

TO THE COURT:

  PLEASE TAKE NOTICE THAT Plaintiff Adobe Systems Incorporated ("Plaintiff") and Defendant Renee Norwood ("Defendant") have arrived at an agreement and resolution of the

claims alleged in the above-captioned matter. The Parties are currently in the process of exchanging settlement documents and anticipate filing within the next four (4) weeks.

The Parties request that all trial and pre-trial dates be vacated in order to allow the Parties to focus on the preparation and filing of documents necessary to close this matter without incurring more attorneys' fees or imposing on the Court's time and resources.

DATED: March 8, 2012

J. Andrew Coombs, A Professional Corp.

By: /s/ Nicole L. Drey
J. Andrew Coombs
Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

DATED: March 6, 2012

Renee Norwood

By: Renee Norwood
Renee Norwood
Defendant, *in pro se*

OCT-5-2008 03:15P FROM:    TO:18185003501    P.2

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On March 8, 2012, I served:

- NOTICE OF SETTLEMENT

for the following civil action:

<u>Adobe Systems Incorporated v. R. Norwood, et al.</u>

on the following interested parties in this action:

> Renee Norwood
> 1653 Roywood Dr
> Lancaster, CA 93535

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on March 8, 2012, at Glendale, California.

_____
Katrina Bartolome