```
J. Andrew Coombs (SBN 123881)
andy@coombspc.com
Annie S. Wang (SBN 243027)
annie@coombspc.com
J. Andrew Coombs, A Prof. Corp.
520 East Wilson Avenue, Suite 200
Glendale, California 91206
Telephone:   (818) 500-3200
Facsimile:    (818) 500-3201
```

Attorneys for Plaintiff
Adobe Systems Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| Adobe Systems Incorporated, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Renee Norwood, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. C10-3564 SI <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAW MOTION FOR ENTRY OF STIPULATED JUDGMENT IN LIGHT OF SETTLEMENT <br><br> Date: January 15, 2016 <br> Time: 9:00 a.m. |

The Court, having reviewed and considered Plaintiff Adobe Systems Incorporated ("Plaintiff"), by and through its counsel of record, and Defendant Renee Norwood a/k/a Liza Renee Norwood a/k/a Liza Norwood a/k/a Liza Bynum a/k/a Renee Bynum ("Defendant") Joint Stipulation to Withdraw Motion for Entry of Stipulated Judgment in Light of Settlement ("Stipulation") and finding good cause therefore,

IT IS HEREBY ORDERED that the Stipulation is GRANTED.  All remaining dates are vacated.

IT IS SO ORDERED.

Dated   12/28/15

_____
United States District Judge

Adobe v. Norwood, et al.: [Proposed] Order Granting Stipulation     - 1 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 520 East Wilson Avenue, Suite 200, Glendale, California 91206.

On December 28, 2015, I served the:

- **JOINT STIPULATION TO WITHDRAW MOTION FOR ENTRY OF STIPULATED JUDGMENT IN LIGHT OF SETTLEMENT**
- **[PROPOSED] ORDER GRANTING STIPULATION TO WITHDRAW MOTION FOR ENTRY OF STIPULATED JUDGMENT IN LIGHT OF SETTLEMENT**

for the following civil action:

<u>Adobe Systems Incorporated v. R. Norwood, et al.</u>

on the following interested parties in this action:

> Renee Norwood
> 1653 Roywood Dr
> Lancaster, CA 93535

by placing a true and correct copy thereof in an envelope to be immediately sealed thereafter. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California, in the ordinary course of business. I am aware that on motion of the party served, service may be presumed invalid if the postal cancellation date or postage meter is more than one day after the date of deposit for mailing in affidavit.

Place of Mailing: Glendale, California.
Executed on December 28, 2015, at Glendale, California.

                                                   /s/ Jeremy Cordero
                                                    Jeremy Cordero